UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONA ROSS,

    Plaintiff,   Case No. 17-cv-13661
                        Hon. Matthew F. Leitman

v.

BANK OF AMERICA,

    Defendant.
_____/

**ORDER FOLLOWING STATUS CONFERENCE HELD ON MAY 31, 2018**

On February 26, 2018, Plaintiff Mona Ross filed a motion for leave to file an Amended Complaint. (*See* ECF #9.) On May 31, 2018, the Court held a telephone status conference to discuss the motion.

As explained on the record during the status conference, Ross shall file a proposed Amended Complaint on the docket as an exhibit to her motion for leave to file an Amended Complaint by not later than **June 14, 2018**. Defendant Bank of America shall file a supplemental response to Ross' motion by not later than **June 28, 2018**.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: May 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764